1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SMITH, an individual,<br><br>                              Plaintiff,<br><br>        vs.<br><br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 50, inclusive,<br><br>                              Defendants. | CASE NO. 12CV2253-MMA-NLS<br><br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Doc. No. 5] |

On September 14, 2012, Defendant Target Corporation ("Defendant") removed this matter from the Superior Court of the State of California, County of San Diego. [Doc. No. 1.] Currently pending before the Court is Plaintiff Brenda Smith and Defendant's Joint Motion to Remand the Case to State Court. [Doc. No. 5.] The parties further request that a pending Early Neutral Evaluation scheduled for November 7, 2012, in the courtroom of Magistrate Judge Nita L. Stormes, be taken off calendar.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

12cv2253

1    Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' Joint

2   Motion and **REMANDS** this case to the Superior Court of the State of California, County of San

3   Diego (case number 37-2012-00067664-CU-PO-EC).  Each party shall bear its own fees and costs in

4   connection with this removal.  Accordingly, the Court also **GRANTS** the parties' request to take the

5   scheduled Early Neutral Evaluation conference off calendar.

6    The Clerk of Court is instructed to terminate the case file.

7    **IT IS SO ORDERED**.

8

9   DATED: October 26, 2012

10                              Hon. Michael M. Anello
                                United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28